**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAAN LAY CRUICKSHANK,

      Petitioner,

                                   Criminal Case No.   8:02-CR-229-T-30EAJ

-vs-                                    Civil Case No.     8:03-CV-2712-T-30EAJ

UNITED STATES OF AMERICA

      Respondent.

_____/

## ORDER

      Before the Court is Petitioner's Motion for Extension of Time to retain counsel and file a notice of appeal of the April 6, 2005 order denying the motion for collateral relief she filed pursuant to 28 U.S.C. § 2255 (Dkt. 22).

      Pursuant to Fed. R. App. P. 4(a)(1)(B), a litigant prosecuting an appeal in which the United States is a party must file a notice of appeal within sixty (60) days of the date on which the judgment or order appealed from is entered. *See, e.g., Jester v . United States* 714 F.2d 97, 98 (11th Cir. 1983). Rule 4(a)(5) provides, in pertinent part, that "[t]he district court may extend the time to file a notice of appeal if . . . a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; . . . . [and] [n]o extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later." Fed. R. App. P. 4(a)(5)(a) & (c).

      ACCORDINGLY, the Court **ORDERS** that:

      1.  Petitioner's Motion for Extension of Time is **GRANTED (Dkt. CV 22).**

2.  Petitioner shall file her notice of appeal on or before July 6, 2005.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:jsh

Copies furnished to:

All Parties/Counsel of Record