**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAAN LAY CRUICKSHANK,

Petitioner,

v. CASE NO. 8:03-CV-2712-T-30EAJ
8:02-CR-0229-T-30EAJ

UNITED STATES OF AMERICA,

Respondent.
____________________________/

**ORDER**

This matter comes before the Court for consideration of Petitioner's second Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Dkt. 28) and supporting Affidavit of Indigency (Dkt. 30). Finding that Petitioner failed to meet the two-prong test for issuance of a certificate of appealability set forth in *Slack v. McDaniel*, 529 U.S. 473, 484, the Court denied her construed request for issuance of a certificate of appealability and a request to proceed on appeal *in forma pauperis*, incorporated therein, on July 15, 2005 (Dkt. 26). Petitioner has not provided any factual or legal basis for the Court to reconsider its decision.

ACCORDINGLY, the Court **ORDERS** that Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Dkt. 28) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record
SA/jsh